United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 13-12578-elf
Bryan D Johnson                                           Chapter 13
Christy M Johnson
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 2            Date Rcvd: May 16, 2018
                              Form ID: 138NEW             Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
```
db/jdb         +Bryan D Johnson,    Christy M Johnson,    136 Barrett Rd,    Willow Grove, PA 19090-3117
cr             +Nationstar Mortgage LLC, et al...,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
cr             +USAA Federal Savings Bank,    WEINSTEIN & RILEY, P.S.,    260 W. 36th Street, Suite 801,
                 New York, NY 10018-8992
13003842      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
13291557       +Cappio & Gigliotti, LLP,    2000 Spring Garden Street,    Suite 1F,    Philadelphia, PA 19130-3895
13003845       +Gmac Mortgage,    Po Box 205,    Waterloo, IA 50704-0205
13003846        Leading Edge Recovery Solutions,    P.O. Box 505,    Linden, MI 48451-0505
13117526       +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept.,    1100 Virginia Drive, Suite 175,
                 Fort Washington, PA 19034-3278
13035400       +USAA Federal Savings Bank,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
13003847       +Usaa Fsb,    10750 Mcdermott Fwy,    San Antonio, TX 78288-1600
13003849        Usaa Savings Bank,    Po Box 47504,    San Antonio, TX 78265
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:27      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:22:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ally@ebn.phinsolutions.com May 17 2018 02:21:34      Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
cr              E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 02:17:41      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13003840       +E-mail/Text: ally@ebn.phinsolutions.com May 17 2018 02:21:34      Ally Financial,
                 PO Box 130424,    Saint Paul, MN 55113-0004
13003841       +E-mail/Text: ally@ebn.phinsolutions.com May 17 2018 02:21:34      Ally Financial,
                 P O Box 380901,    Bloomington, MN 55438-0901
13096708       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 17 2018 02:22:27      Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
13017031        E-mail/Text: mrdiscen@discover.com May 17 2018 02:21:36      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13003843       +E-mail/Text: mrdiscen@discover.com May 17 2018 02:21:36      Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
13003844       +E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 02:18:01      Gecrb/gap,    Po Box 965005,
                 Orlando, FL 32896-5005
13105373        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 02:18:05
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13015655        E-mail/PDF: rmscedi@recoverycorp.com May 17 2018 02:17:45
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13061282       +E-mail/Text: bncmail@w-legal.com May 17 2018 02:22:39      USAA Federal Savings Bank,
                 c/o Weinstein & Riley PS,    PO Box 3978,    Seattle WA 98124-3978
                                                                                              TOTAL: 14
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13003848*      +Usaa Fsb,    10750 Mcdermott Fwy,    San Antonio, TX 78288-1600
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia               Page 2 of 2                   Date Rcvd: May 16, 2018
                              Form ID: 138NEW              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
              CHRISOVALANTE   FLIAKOS    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              CHRISTOPHER G. CAPPIO    on behalf of Debtor Bryan D Johnson cappioandgigliotti@gmail.com,
               ecf.philadelphia@gmail.com
              CHRISTOPHER G. CAPPIO    on behalf of Joint Debtor Christy M Johnson cappioandgigliotti@gmail.com,
               ecf.philadelphia@gmail.com
              D. TROY SELLARS    on behalf of Creditor    OCWEN LOAN SERVICING, LLC D.Troy.Sellars@usdoj.gov
              DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
               DanS@w-legal.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank, N.A.
               BNCmail@w-legal.com,   DanS@w-legal.com
              JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              KEVIN M. BUTTERY    on behalf of Creditor    USAA Federal Savings Bank bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al... pa-bk@logs.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              Michael P. Gigliotti    on behalf of Joint Debtor Christy M Johnson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Debtor Bryan D Johnson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              REBECCA H. VOLZ    on behalf of Debtor Bryan D Johnson rvolz@maceybankruptcylaw.com
              REBECCA H. VOLZ    on behalf of Joint Debtor Christy M Johnson rvolz@maceybankruptcylaw.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 20
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Bryan D Johnson and Christy M Johnson

        Debtor(s)

Bankruptcy No: 13−12578−elf

Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 5/16/18

64 − 63
Form 138_new