United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bryan D Johnson
Christy M Johnson
    Debtors

Case No. 13-12578-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: May 17, 2018
                         Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.
13035400      +USAA Federal Savings Bank,   9441 LBJ Freeway, Suite 350,   Dallas, Texas 75243-4652

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                                                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:
        CHRISOVALANTE FLIAKOS   on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
        CHRISTOPHER G. CAPPIO   on behalf of Debtor Bryan D Johnson cappioandgigliotti@gmail.com, ecf.philadelphia@gmail.com
        CHRISTOPHER G. CAPPIO   on behalf of Joint Debtor Christy M Johnson cappioandgigliotti@gmail.com, ecf.philadelphia@gmail.com
        D. TROY SELLARS   on behalf of Creditor   OCWEN LOAN SERVICING, LLC D.Troy.Sellars@usdoj.gov
        DANIEL BRETT SULLIVAN   on behalf of Creditor   USAA Federal Savings Bank, N.A. BNCmail@w-legal.com, DanS@w-legal.com
        DANIEL BRETT SULLIVAN   on behalf of Creditor   USAA Federal Savings Bank BNCmail@w-legal.com, DanS@w-legal.com
        JEROME B. BLANK   on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
        KEVIN M. BUTTERY   on behalf of Creditor   USAA Federal Savings Bank bkyefile@rasflaw.com
        KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC, et al... pa-bk@logs.com
        MATTHEW GREGORY BRUSHWOOD   on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
        Michael P. Gigliotti   on behalf of Debtor Bryan D Johnson gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
        Michael P. Gigliotti   on behalf of Joint Debtor Christy M Johnson gigliottimike2@gmail.com, cappioandgigliotti@gmail.com
        REBECCA ANN SOLARZ   on behalf of Creditor   USAA Federal Savings Bank bkgroup@kmllawgroup.com
        REBECCA H. VOLZ   on behalf of Debtor Bryan D Johnson rvolz@maceybankruptcylaw.com
        REBECCA H. VOLZ   on behalf of Joint Debtor Christy M Johnson rvolz@maceybankruptcylaw.com
        REGINA COHEN   on behalf of Creditor   Ally Financial rcohen@lavin-law.com, ksweeney@lavin-law.com
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                                                                     TOTAL: 20

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-12578-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Bryan D Johnson
136 Barrett Rd
Willow Grove PA 19090

Christy M Johnson
136 Barrett Rd
Willow Grove PA 19090

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/16/2018.

Name and Address of Alleged Transferor(s):

Claim No. 3: USAA Federal Savings Bank, 9441 LBJ Freeway, Suite 350, Dallas, Texas 75243

Name and Address of Transferee:

USAA Federal Savings Bank
c/o Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/19/18

Tim McGrath
**CLERK OF THE COURT**