United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-12578-elf
Bryan D Johnson                                                     Chapter 13
Christy M Johnson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia            Page 1 of 1            Date Rcvd: May 24, 2018
                               Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 13061282      +E-mail/Text: bncmail@w-legal.com May 25 2018 01:59:38      USAA Federal Savings Bank,
                c/o Weinstein & Riley PS,   PO Box 3978,   Seattle WA 98124-3978
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              CHRISTOPHER G. CAPPIO    on behalf of Debtor Bryan D Johnson cappioandgigliotti@gmail.com,
               ecf.philadelphia@gmail.com
              CHRISTOPHER G. CAPPIO    on behalf of Joint Debtor Christy M Johnson cappioandgigliotti@gmail.com,
               ecf.philadelphia@gmail.com
              D. TROY SELLARS    on behalf of Creditor    OCWEN LOAN SERVICING, LLC D.Troy.Sellars@usdoj.gov
              DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank, N.A.
               BNCmail@w-legal.com,    DanS@w-legal.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
               DanS@w-legal.com
              JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              KEVIN M. BUTTERY    on behalf of Creditor    USAA Federal Savings Bank bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al... pa-bk@logs.com
              MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              Michael P. Gigliotti    on behalf of Debtor Bryan D Johnson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              Michael P. Gigliotti    on behalf of Joint Debtor Christy M Johnson gigliottimike2@gmail.com,
               cappioandgigliotti@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              REBECCA H. VOLZ    on behalf of Debtor Bryan D Johnson rvolz@maceybankruptcylaw.com
              REBECCA H. VOLZ    on behalf of Joint Debtor Christy M Johnson rvolz@maceybankruptcylaw.com
              REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 20

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-12578-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Bryan D Johnson
136 Barrett Rd
Willow Grove PA 19090

Christy M Johnson
136 Barrett Rd
Willow Grove PA 19090

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/23/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: USAA Federal Savings Bank, c/o Weinstein & Riley PS, PO Box 3978, Seattle WA  98124

Name and Address of Transferee:

Nationstar Mortgage LLC
P.O. BOX 619094, Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/26/18

Tim McGrath
**CLERK OF THE COURT**