## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : |
| --- | --- |
|  | : Chapter: 13 |
| BRYAN D. JOHNSON | : |
|  | : Case # 13-12578-elf |
| CHRISTY M. JONSON | : |
|  | : |
| Debtors. | : |

### WITHDRAWAL AND ENTRY OF APPEARANCE

TO THE CLERK OF THE HONORABLE COURT:

Please withdraw my appearance on behalf of the Debtors.


7/2/2018                                                                              /s/ Christopher Cappio, Esquire


Please enter my appearance on behalf of the Debtors.

7/2/2018                                                                              /s/ David Huber, Esquire