Certificate Number: 03088-PAE-DE-020747893

Bankruptcy Case Number: 13-12578



03088-PAE-DE-020747893

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 15, 2013, at 9:55 o'clock PM CDT, Bryan D Johnson completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 15, 2013              By:  /s/Misty D. Vaughan

Name:  Misty D. Vaughan

Title:  Counselor