Certificate Number: 03088-PAE-DE-020747895

Bankruptcy Case Number: 13-12578



03088-PAE-DE-020747895

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 15, 2013</u>, at <u>9:55</u> o'clock <u>PM CDT</u>, <u>Christy M Johnson</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 15, 2013</u>         By:    <u>/s/Misty D. Vaughan</u>

Name:  <u>Misty D. Vaughan</u>

Title:   <u>Counselor</u>