United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-12578-elf
Bryan D Johnson                                                       Chapter 13
Christy M Johnson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Jul 06, 2018
                              Form ID: 195                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db/jdb         +Bryan D Johnson,   Christy M Johnson,   136 Barrett Rd,   Willow Grove, PA 19090-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
      CHRISOVALANTE  FLIAKOS    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
      D. TROY SELLARS    on behalf of Creditor    OCWEN LOAN SERVICING, LLC D.Troy.Sellars@usdoj.gov
      DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank, N.A.
       BNCmail@w-legal.com,   DanS@w-legal.com
      DANIEL BRETT SULLIVAN    on behalf of Creditor    USAA Federal Savings Bank BNCmail@w-legal.com,
       DanS@w-legal.com
      DAVID A. HUBER    on behalf of Joint Debtor Christy M Johnson DAHESQECF@yahoo.com
      DAVID A. HUBER    on behalf of Debtor Bryan D Johnson DAHESQECF@yahoo.com
      JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
      KEVIN M. BUTTERY    on behalf of Creditor    USAA Federal Savings Bank bkyefile@rasflaw.com
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al... pa-bk@logs.com
      MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
      Michael P. Gigliotti    on behalf of Debtor Bryan D Johnson gigliottimike2@gmail.com,
       cappioandgigliotti@gmail.com
      Michael P. Gigliotti     on behalf of Joint Debtor Christy M Johnson gigliottimike2@gmail.com,
       cappioandgigliotti@gmail.com
      REBECCA ANN SOLARZ    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
      REBECCA H. VOLZ    on behalf of Debtor Bryan D Johnson rvolz@maceybankruptcylaw.com
      REBECCA H. VOLZ    on behalf of Joint Debtor Christy M Johnson rvolz@maceybankruptcylaw.com
      REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
       ksweeney@lavin-law.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                   TOTAL: 20

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Bryan D Johnson and Christy M Johnson : Case No. 13−12578−elf
    Debtor(s)

### ORDER
_____

    AND NOW, this day , July 6, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

80
Form 195